UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOEL GARCIA,<br><br>Supervisee. | No. 11-cr-933-1 (RJS) |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached letter, postmarked August 20, 2026, from Supervisee Joel Garcia seeking early termination of his Supervised Release. IT IS HEREBY ORDERED THAT the government shall file a letter by September 18, 2026 explaining whether it joins or opposes that motion and why.

SO ORDERED.

Dated: September 3, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation