UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOEL GARCIA,

Defendant.

No. 11 Cr. 933 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court held a remote conference in the above-captioned matter on October 30, 2026. For the reasons stated on the record, IT IS HEREBY ORDERED THAT Defendant's term of supervised release is TERMINATED. The Court extends its best wishes to Mr. Garcia and his family in their future endeavors.

SO ORDERED.

Dated: October 30, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE,
Sitting by Designation